UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| United States of America, | |
| –v– | 20-CR-36 (AJN) |
| Motty Drizin, | ORDER |
| Defendant. | |

JAN 1 7 2020

ALISON J. NATHAN, District Judge:

As stated orally at the initial conference held in this matter held on January 15, 2020, the Government shall make a decision regarding Defendant's deferred prosecution application by February 14, 2020. On or before that date, the Government shall submit a letter informing the Court of its decision. If the Government rejects Defendant's deferred prosecution application, then it must produce all Rule 16 discovery by March 13, 2020. Defendant shall file any available motions by May 14, 2020. The Government shall have until May 28, 2020 to respond. Replies shall be due June 4, 2020.

A trial date is set for August 3, 2020.

SO ORDERED.

Dated: January 16, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1