UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Motty Drizin,

Defendant.



JAN 21 2020

20-CR-36 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    This matter has been assigned to me for all purposes. A presentment, initial pre-trial conference, and arraignment is hereby scheduled for Wednesday, January 15, 2020, at 3:30 p.m. in **Courtroom 906** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.

    The parties should be prepared for the Court to set a motions schedule and a trial date at the conference and, therefore, counsel should meet and confer ahead of the initial pretrial conference as needed to discuss scheduling.

    Finally, prior to the initial pretrial conference, the parties should familiarize themselves with the undersigned's Individual Practices in Criminal Cases, available at http://www.nysd.uscourts.gov/judge/Nathan. Per Rule 2.B. of the undersigned's Individual Practices in Criminal Cases, communications with the Court shall be submitted by letter filed on ECF unless there is a request to seal the communication, in which case it shall be submitted by email as described in Rule 2.B.

    SO ORDERED.

Dated: January 13, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge