UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

Case No. 1:20-CR-00036 AJN

NOTICE OF APPEARANCE

        Plaintiffs,
   -against-
MOTTY DRIZIN
        Defendants.
-------------------------------------------------------X

      PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant MOTTY DRIZIN in the above captioned matter and requests that copies of all notices and other court papers be served upon the undersigned at the address listed below.

Dated: New York, New York
     January 22, 2020          Law Offices of Saul Bienenfeld, PC


                      _____/s/_____
                      by: Saul Bienenfeld
                      450 Seventh Avenue
                      Suite 1408
                      New York, New York 10123
                      212-363-7701
                      saul@bienenfeldlaw.com