
# BIENENFELD
# LAW

February 9, 2020

Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
Courtroom 906
New York, New York 10007

VIA ECF

      Re:    USA vs. Motty Drizin
              20 CR 36 (AJR)

Dear Judge Nathan:

This letter submission is to request that the above named defendant be permitted to travel overseas for the Passover holiday. I certainly realize that this type of request is unusual but I would hope that Your Honor will closely consider the circumstances under which it is being made.

Each year Motty Drizin's family gathers together for the Passover holiday in Italy. It is an opportunity for Motty's parents to have all of their children, grandchildren and great children together for the entire holiday. This year the holiday of Passover is from April 8 – 16 2020. In order not to travel on the holiday he requests that he be allowed to travel from April 6, 2020 and return April 19, 2020 to Milan Italy. He would be staying the entire time at Regina Palace Hotel, Corso Umberto I, 29 28838 Stresa VB, Italy. Attached to this request is the list of family members and their dates of travel as well as the invoices for the airline tickets indicating they were purchased November 2019 prior to the defendant's arrest. Motty is currently released on a $100,000 personal recognizance bond co-signed by his cousin Abe New, he fully understands the risks he takes if he fails to return to the United States for the remainder of his case. Motty has no family ties to Italy and only wishes to please his elderly parents by honoring them and the rest of his family while being present at the holiday table (Seder) with the rest of his family. It would be truly devastating to the Drizin family if Motty and his immediate family would not be present to celebrate this holiday together.

I have informed both PreTrial Service Officer Francesca Piperato and AUSA Timothy Capozzi and both have informed me that they will take no position regarding this request.

BIENENFELD LAW      New York City:      Long Island:      saul@bienefeldlaw.com
      450 Seventh Avenue      680 Central Avenue      212-363-7701
      Suite 1408      Suite 108      www.bienenfeldlaw.com
Admitted New York and Florida      New York, NY 10123      Cedarhurst, NY 11516



I am requesting that this Honorable Court grant this request and So Order this letter to allow for the return of Motty's US Passport on or before April 5, 2020 and allow the defendant to travel to Italy from April 6, 2020 until April 19, 2020.

Respectfully Submitted;

Saul Bienenfeld

CC:
AUSA Timothy Capuzzi
Pre Trial Services Officer Francesca Piperato

PASSENGER LIST

**06APR20 JFK/MXP**
**19APR20 MXP/JFK**

| | LAST NAME/FIRST NAME | DATE OF BIRTH | CLASS | ADULT/CHILD/LAP INFANT |
|---|---|---|---|---|
| 1 | DRIZIN/MENACHEM | 09/18/36 | **BUSINESS** | ADULT |
| 2 | DRIZIN/ANNETTE | 09/14/45 | **BUSINESS** | ADULT |
| 3 | DRIZIN/MORDECHAI DOV | 07/27/68 | ECONOMY | ADULT |
| 4 | DRIZIN/CHANA | 12/19/71 | ECONOMY | ADULT |
| 5 | DRIZIN/AVROHOM | 11/01/99 | ECONOMY | ADULT |
| 6 | DRIZIN/SHMUEL | 01/21/03 | ECONOMY | ADULT |
| 7 | DRIZIN/RISA | 09/07/05 | ECONOMY | ADULT |
| 8 | DRIZIN/FIEVEL ELIEZER | 05/14/12 | ECONOMY | **CHILD** |
| 9 | DRIZIN/SHIMSHON | 03/13/93 | ECONOMY | ADULT |
| 10 | DRIZIN/AARON | 05/01/16 | ECONOMY | **CHILD** |
| 11 | DRIZIN/YISROEL MOSHE | 06/29/94 | ECONOMY | ADULT |
| 12 | DAVID/RACHEL | 07/03/95 | ECONOMY | ADULT |
| 13 | PINCZOWER/CHAIM GETZEL | 12/31/93 | ECONOMY | ADULT |
| 14 | DRIZIN/CHAYA MUSHKA | 04/01/96 | ECONOMY | ADULT |
| 15 | PINCZOWER/SARA | 04/04/18 | ECONOMY | **CHILD** |
| 16 | PINCZOWER/ESTHER DEVORAH | 11/11/19 | ECONOMY | **LAP INFANT** |
| 17 | DRIZIN/CHAIM | 07/27/68 | ECONOMY | ADULT |
| 18 | DRIZIN/FAIGIE | 07/29/73 | ECONOMY | ADULT |
| 19 | DRIZIN/RAIZEL SHOSHANAH | 04/19/99 | ECONOMY | ADULT |
| 20 | DRIZIN/RISA | 10/10/02 | ECONOMY | ADULT |
| 21 | DRIZIN/YEHUDIS BASYA | 11/04/05 | ECONOMY | ADULT |
| 22 | DRIZIN/MUSHKA | 07/03/09 | ECONOMY | **CHILD** |
| 23 | DRIZIN/ROCHEL | 02/01/12 | ECONOMY | **CHILD** |
| 24 | DRIZIN/ARYEH LEIB | 01/13/15 | ECONOMY | **CHILD** |
| 25 | LASKER/YOSEF YITZCHOK | 03/14/95 | ECONOMY | ADULT |
| 26 | COHEN/CHAYA MUSHKA | 10/28/99 | ECONOMY | ADULT |
| 27 | LASKER/? | **UNBORN** | ECONOMY | **LAP INFANT** |
| 28 | COHEN/ISRAEL | 05/02/01 | ECONOMY | ADULT |

**TOTAL OF 2 ADULTS IN BUSINESS CLASS**
**TOTAL OF 18 ADULTS + 6 CHILDREN + 2 LAP INFANTS IN ECONOMY CLASS**

**12APR20 JFK/MXP**
**19APR20 MXP/JFK**

| | LAST NAME/FIRST NAME | DATE OF BIRTH | CLASS | ADULT/CHILD/LAP INFANT |
|---|---|---|---|---|
| 29 | SIMPSON/ASHER | 01/05/93 | ECONOMY | ADULT |
| 30 | DRIZIN/LIBA DEVORAH LEAH | 04/23/95 | ECONOMY | ADULT |
| 31 | SIMPSON/YISROEL MOSHE | 12/18/17 | ECONOMY | **CHILD** |

**TOTAL OF 2 ADULTS + 1 CHILD IN ECONOMY CLASS**

# Emirates

# Group Agreement

November 22, 2019



David Drizin, NON AGENT
138 NORTH SYCAMORE AVENUE
..........................
LOS ANGELES, CA, 90036

| Group Name: | | DRIZIN FAMILY | Locator: | |
|---|---|---|---|---|
| Adult pax # : | 22 | | GYM ID: | 21308435 |
| Child pax #: | 7 | (no more than 20% of group) | | .... |
| Total pax #: | 29 | | | |

phone:      323-238-5000
email:      daviddrizin@gmail.com

## Itinerary

Emirates is pleased to confirm the below itinerary for the above listed group valid for group travel pending adherence to all terms and conditions listed in the agreement and any additional instructions from your Emirates representative.

Fare    $    420.00  Tax    $    94.00  Total    $    514.00  Sub Total    $    9,252.00

```
                           2⁴
                             ↘  H758MW
                        1.C/2SDRIZINFAMILY
            1 EK   206 G   6APR JFKMXP HK25      2220-1 1215-2 Y-G
            2 EK   205 G 19APR MXPJFK HK25       1610-7 1900-7 Y-G
```

Fare    $ 3,000.00  Tax    $    94.00  Total    $ 3,094.00  Sub Total    $    6,188.00

```
                            DT4CN8
                        1.C/ 2DRIZINFAMILY
            1 EK   206 I   6APR JFKMXP HK2       2220-1 1215-2 J-I
            2 EK   205 I 19APR MXPJFK HK2        1610-7 1900-7 J-I
```

Fare    $    550.00  Tax    $    94.00  Total    $    644.00  Sub Total    $    1,288.00

```
                            MMQ2Z3
                        1.C/ 3DRIZINFAMILY
            1 EK   206 G 12APR JFKMXP HK3        2220-7 1215-1 Y-G
            2 EK   205 G 19APR MXPJFK HK3        1610-7 1900-7 Y-G
```

### Fare / Surcharges / Taxes

| | | Child (75% of a | Child (75% of | Infant (10% of adult fare) |
|---|---|---|---|---|
| NETT fare including surcharges (guaranteed at time of booking*) | | $ 378.00 | $ 495.00 | $ 47.00 |
| Estimated taxes per ticket (**subject to change until ticketed) | | $ 94.00 | $ 94.00 | $ 60.00 |
| | Ticket Total | $ 472.00 | $ 589.00 | $ 102.00 |
| | Sub Total | $ 2,832.00 | $ 589.00 | $ 704.00 |

Per ticket fee  $    30
Ticketing fee  $    870.00
Grand Total  $ 21,223.00

**Deposit**    Business    25% of approved fare    $ 1,500.00

Deposit of   $    100 per ticket for amount due: $    2,800 must be paid to EK by:    December 31, 2019

Deposit can be paid by credit card, company check, cashier's check, money order or wire transfer and will not be used towards ticket issuance. Deposit will be refunded, less any applicable penalties, after the group departs.

Additional deposit or payment may be required, in special cases the group must be paid within certain deadlines.