**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2020

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  *United States v. Motty Drizin*, 20 Cr. 36 (AJN)

Dear Judge Nathan:

      The Government respectfully submits this letter to advise the Court that the Government has denied the defendant's application for a deferred prosecution agreement in the above-referenced case and to request that the Court schedule a change of plea hearing for February 20, 2020, at 12:45 p.m.  The Government has confirmed the availability of defense counsel and the defendant on that date at that time.

                Respectfully submitted,

                GEOFFREY S. BERMAN
                United States Attorney

By: _____
                Timothy Capozzi
                Assistant United States Attorney
                (212) 637-2404

cc:     Saul Bienenfeld, Esq. (by email)