**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2020

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

FEB 1 2 2020

Re: *United States v. Motty Drizin*, 20 Cr. 36 (AJN)

Dear Judge Nathan:

The Government respectfully submits this letter to advise the Court that the Government has denied the defendant's application for a deferred prosecution agreement in the above-referenced case and to request that the Court schedule a change of plea hearing for February 20, 2020, at 12:45 p.m. The Government has confirmed the availability of defense counsel and the defendant on that date at that time.

SO ORDERED

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Timothy Capozzi
Assistant United States Attorney
(212) 637-2404

cc: Saul Bienenfeld, Esq. (by email)

SO ORDERED: 2/12/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE