

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 19, 2020

**VIA ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Motty Drizin*, 20 Cr. 36 (AJN)

Dear Judge Nathan:

  The Government respectfully submits this letter to advise the Court that Magistrate's Court has scheduled a change of plea hearing in the above-referenced case for February 20, 2020, at 11:00 a.m.  Accordingly, the Government requests that Your Honor cancel the change of plea hearing previously scheduled for February 20 at 12:45 p.m. before Your Honor. Following tomorrow's hearing before the Magistrate Judge, the Government will file with the Court a copy of the plea transcript and a proposed order accepting the plea for the Court's consideration.

       Respectfully submitted,

       GEOFFREY S. BERMAN
       United States Attorney

   By: _____
       Timothy Capozzi
       Assistant United States Attorney
       (212) 637-2404

cc: Saul Bienenfeld, Esq. (by email)