UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

—v—

Motty Drizin,

            Defendant.

20-CR-36 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The sentencing for Defendant Motty Drizin is hereby set for June 19, 2020 at 11:00 a.m. Sentencing submissions from the Defendant are due on or before June 12, 2020. The Government's submission is due on or before June 16, 2020.

SO ORDERED.

Dated: February 21, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge