USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Motty Drizin,

           Defendant.

---

20-CR-36 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The sentencing for Defendant Motty Drizin, currently scheduled for June 19, 2020, is hereby adjourned to June 22, 2020 at 11:00 a.m.

      SO ORDERED.

Dated: June 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge