USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Motty Drizin,

            Defendant.

20-CR-36 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Sentencing for Defendant Motty Drizin is currently scheduled for June 22, 2020 at 11:00 a.m. It will be held remotely using the Skype for Business platform. Members of the public may access audio of the proceeding by calling (917) 933-2166 and entering Conference ID number 38517834.

    SO ORDERED.

Dated: June 19, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge