

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2020
```

July 9, 2020

Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
Courtroom 906
New York, New York 10007

VIA ECF

      Re:    USA vs. Motty Drizin
              20 CR 36 (AJR)

Dear Judge Nathan:

    This letter submission is to request that the above named defendant be permitted to travel during the period of his Supervised Release throughout the states of New York, New Jersey and Connecticut. Mr. Drizen has a summer home in upstate New York (Greene County) and would sometimes travel thru these states in order to get there. The Government consents to this request.

    Additionally, I am seeking the return of Mr. Drizen's U.S. Passport. The Government likewise agrees to this request.

    Please So Order this letter allowing travel throughout the states of New York, New Jersey and Connecticut and permitting the return of Mr. Drizen's passport.    SO ORDERED.

Thank you for your consideration.

Respectfully Submitted;

*Saul Bienenfeld*
Saul Bienenfeld

CC:
AUSA Timothy Capuzzi
Probation Officer Charnice Perez

SO ORDERED.   7/15/20

*Alison J. Nathan*

Alison J. Nathan, U.S.D.J.

**BIENENFELD LAW**

Admitted New York and Florida

**New York City:**
450 Seventh Avenue
Suite 1408
New York, NY 10123

**Long Island:**
680 Central Avenue
Suite 108
Cedarhurst, NY 11516

saul@bienenfeldlaw.com
212-363-7701
www.bienenfeldlaw.com