AUDREY STRAUSS
United States Attorney for the
Southern District of New York
BY: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2712
Fax No.: (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                   Plaintiff,

             - v. -

MOTTY DRIZIN,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**SATISFACTION OF JUDGMENT**

20 CR 00036-01 (AJN)

SOUTHERN DISTRICT OF NEW YORK

       Satisfaction is acknowledged between United States of America, plaintiff, and Motty Drizin, defendant, for the restitution in the amount of $39,123.00, the fine in the amount of $2,000.00, and the special assessment in the amount of $100.00, amounting in all to the sum of $41,223.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 20th day of June 2020.

                            AUDREY STRAUSS
                            United States Attorney for the
                            Southern District of New York

By: _____
                            JOHN E. GURA, JR.
                            Assistant United States Attorney

STATE OF NEW YORK)
COUNTY OF NEW YORK)

       On the 30th day of September 2021, before me personally came JOHN E. GURA, JR., Assistant United States Attorney for the Southern District of New York, personally known to me or proved to me on the basis of satisfactory evidence, to be the individual whose name is subscribed to, in the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

                     CANDACE FOSTER
             NOTARY PUBLIC-STATE OF NEW YORK
                   No. 01FO6381699
                Qualified in Bronx County
            My Commission Expires 10-09-2022